IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHN L. GORDON, II,
    Plaintiff,

vs.                                     CASE NO.: 5:08cv15/RH/MD

JAMES R. MCDONOUGH, et al.,
    Defendants.

## O R D E R

This cause is before the court upon plaintiff's filing a civil rights complaint under 42 U.S.C. § 1983 and a motion to proceed *in forma pauperis* (doc. 2).

Plaintiff's motion to proceed *in forma pauperis* is incomplete because he failed to file a prisoner consent form signed by the appropriate institution official and failed to include the required computer printout reflecting transactions in his inmate trust account. To enable this court to make the necessary assessment of the initial partial filing fee, plaintiff must submit a certified printout reflecting all transactions in his prison account for the entire six month period immediately preceding the filing of his complaint. If plaintiff has not been incarcerated at his present institution for six months, he must also obtain account printout(s) from each penal facility at which he may have been confined during the relevant six month period.

Accordingly, it is ORDERED:

1.    Ruling on plaintiff's motion to proceed *in forma pauperis* (doc. 2) is DEFERRED.

2.   The clerk is directed to forward to the plaintiff a prisoner consent form. This case number should be written on the form.

3.   Plaintiff shall have thirty (30) days from the date this order is docketed to either (1) correct the deficiency in his *in forma pauperis* application by filing a fully completed prisoner consent, signed by an authorized official, along with a copy of his trust fund account statement, or (2) pay the full $350.00 filing fee.

4.   Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.

DONE AND ORDERED this 30th day of January, 2008.


/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

Case No: 5:08cv15/RH/MD